NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SATCO PRODUCTS, INC.,**
*Appellant*

**v.**

**THREAD GROUP, INC.,**
*Appellee*

---

2021-1141

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92065499.

---

## JUDGMENT

---

PHILIP M. WEISS, Weiss & Weiss Attorneys at Law, P.C., Jericho, NY, argued for appellant.

NICHOLAS COLEMAN, Dickinson Wright, PLLC, Lexington, KY, argued for appellee.  Also represented by ANDREW DORISIO; STEVEN EDWARD TILLER, Whiteford, Taylor & Preston L.L.P., Baltimore, MD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 9, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court